**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Hemmerle,<br><br>　　　　Petitioner,<br>　vs.<br>Dora Schriro, et al.<br>　　　　Respondents. | No. CV-04-0315-PHX-PGR<br><br>ORDER |

The Court dismissed the petitioner's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, as being untimely under 28 U.S.C. § 2244(d)(1) and the Ninth Circuit Court of Appeals, in its mandate issued on November 28, 2007, affirmed that dismissal because it also concluded that the habeas petition was filed after the expiration of the limitations period mandated by the Antiterrorism and Effective Death Penalty Act.

Pending before the Court is the petitioner's Motion for Reconsideration, filed December 21, 2007, wherein the petitioner requests that the Court now resolve his habeas petition on its merits notwithstanding the Ninth Circuit's determination. The Court has no authority to do so. Therefore,

IT IS ORDERED that the petitioner's Motion for Reconsideration (doc. #53)

/ / /

is denied.

DATED this 7th day of January, 2008.

Paul G. Rosenblatt
United States District Judge