**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Hemmerle,<br><br>        Petitioner,<br>vs.<br><br>Dora Schriro, et al.,<br><br>        Respondents. | No. CV-04-00315-PHX-PGR<br><br>ORDER |

The Ninth Circuit Court of Appeals having affirmed the dismissal of this action, filed pursuant to 28 U.S.C. § 2254, as being untimely filed under 28 U.S.C. § 2244(d)(1), and the Court having entered an order (doc. #55) denying the petitioner's post-mandate Motion for Reconsideration,

IT IS ORDERED that the petitioner's post-mandate Motion to Request an Evidentiary Hearing on Attorney's Ineffectiveness (doc. #56) is denied.[1]

IT IS FURTHER ORDERED that the petitioner's post-mandate Motion to Request Application for Certificate of Probable Cause (doc. #57), construed as an application for a certificate of appealability, is denied because the petitioner has

---

[1] The Court construes the petitioner's Motion to Amend Motion to Request an Evidentiary Hearing on Attorney's Ineffectiveness (doc. #59) as a notion of errata.

1  failed to make a substantial showing of the denial of a constitutional right as
2  required by 28 U.S.C. § 2253(c)(2).[2]
3       IT IS FURTHER ORDERED that the petitioner's post-mandate Motion for a
4  Speedy Disposition (doc. #58) is denied as moot.
5       DATED this 10th day of January, 2008.

                              Paul G. Rosenblatt
                              United States District Judge

---

[2] The Court construes the petitioner's Motion to Amend Motion to Request Application for Certificate of Probable Cause (doc. #60) as a notice of errata.